DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANUEL RODRIGUEZ** and **LUCY E. RODRIGUEZ,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-156

[June 24, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Giuseppina Miranda, Judge; L.T. Case Nos. COCE18-018365, CACE17-009241 and CACE19-021552.

Aresh Alex Dehghani of Dehghani Law, P.A., Miami Lakes, for appellants.

Kathryn L. Ender of Lewis Brisbois Bisgaard & Smith LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***